NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**SAMUEL E. HILL, III,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS
AFFAIRS,**
*Respondent-Appellee.*

---

2011-7016

---

Appeal from the United States Court of Appeals for
Veterans Claims in 08-2601, Chief Judge William P.
Greene, Jr.

---

**JUDGMENT**

---

SEAN A. RAVIN, of Washington, DC, argued for
claimant-appellant.

STACEY K. GRIGSBY, Trial Attorney, Commercial
Litigation Branch, Civil Division, United States
Department of Justice, of Washington, DC, argued for
respondent-appellee. On the brief were TONY WEST,
Assistant Attorney General, JEANNE E. DAVIDSON,
Director, KIRK T. MANHARDT, Assistant Director, and
RENEE A. GERBER, Trail Attorney. Of counsel on the brief
were MICHAEL J. TIMINSKI, Deputy Assistant General
Counsel, and DANA RAFFAELLI, Attorney, United States
Department of Veterans Affairs, of Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PROST, and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 15, 2012 | /s/ Jan Horbaly
Date | Jan Horbaly
| Clerk